733 A.2d 492

FELICIANO SANTIAGO, PLAINTIFF–PETITIONER, v. HOBOKEN
HOUSING AUTHORITY, DEFENDANT–RESPONDENT.

April 7, 1999.

Denied.

733 A.2d 492

RASHEED SYED, ETC., ET AL., PLAINTIFFS–PETITIONERS,
v. METROPOLITAN MEDICAL ASSOCIATION, ET AL.,
DEFENDANTS–RESPONDENTS.

April 30, 1999.

Petition for certification is granted, the judgment of the Appellate Division is summarily reversed, and the June 3, 1997, order of the Law Division barring Richard Berman, M.D., from testifying and the June 23, 1997, order of the Law Division dismissing the within complaint are vacated; and it is further

ORDERED that the within matter is remanded to the Law Division for further proceedings consistent with this Order.